**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6550**

TRAVIS L. WATSON,

        Plaintiff - Appellant,

      v.

JOHN DOE #1, Doctor/Practitioner; JOHN DOE #2, Medical Staffer; CAPTAIN J. L. ROLLINS; MICHELLE VASILEESO; JOHN DOE #3; CHARLOTTE EVANS; NURSE MANAGER OLSON; SERGEANT REVERA; CORRECTIONAL OFFICER COMBS; JOHN DOE #4; JOHN DOE #5; WARDEN EDDIE THOMAS,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:19-cv-01043-LCB-LPA)

Submitted:  July 30, 2021                     Decided:  August 31, 2021

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Travis L. Watson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis L. Watson seeks to appeal the district court's order dismissing some claims in Watson's 42 U.S.C. § 1983 complaint and transferring his remaining claims to the district court for the Eastern District of North Carolina. The transferred claims were dismissed without prejudice after Watson moved to voluntarily dismiss his case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Watson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Moreover, Watson is "not entitled to appeal from a consensual dismissal of [his] claim." *See Keena v. Groupon, Inc.*, 886 F.3d 360, 365 (4th Cir. 2018). Accordingly, although we grant Watson's motion to amend his informal brief, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*